**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

IN RE:

| | | |
|---|---|---|
| Christina Hicks | ) | CASE NO: 16-60628 |
| | ) | |
| | ) | Chapter 7 - Canton |
| Debtor | ) | |
| | ) | JUDGE KENDIG |
| | ) | |
| | ) | **MOTION TO REOPEN CASE** |

    NOW COMES Pauline Aydin Shuler, counsel for debtor, and hereby respectfully requests that this Honorable Court reopen the debtor's case to allow debtor's counsel to file a Motion to Reinstate case. For cause, counsel states that Debtor was originally dismissed because she failed to pay the court filing fee. Debtor has now paid the entire court filing fee, and would like to obtain her discharge.

    WHEREFORE, Debtor respectfully requests that her case be reopened.

    Respectfully submitted,

*/s/ Pauline Aydin Shuler*
Pauline Aydin Shuler    (0066016)
Counsel for Debtor
1603 Market Ave. N.
Canton, Ohio 44714
Telephone:  330-499-1965
Facsimile:   877-208-1729
E-Mail:   paydinlegal@hotmail.com

CERTIFICATE OF SERVICE

I certify that on June 25, 2017, a true and correct copy of the Motion to Reopen Case was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Lisa Barbacci Barbaccitrustee@gmail.com, lbarbacci@ecf.epiqsystems.com

    Pauline Aydin Shuler paydinlegal@hotmail.com

    United States Trustee (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on debtor.

                                            */s/ Pauline Aydin Shuler*
                                            Pauline Aydin Shuler # 0066016